KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
JENNIFER J. McGRATH (SBN 211388)
 jmcgrath@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendant
ALLIANCE WHOLESALERS, INC.
DBA PRODECO TECHNOLOGIES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PEDEGO, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIANCE WHOLESALERS, INC. DBA PRODECO TECHNOLOGIES, a Florida Corporation,<br><br>　　　　　Defendant. | CASE NO. SACV12-01106 CJC (JPRx)<br><br>**DEFENDANT'S EVIDENTIARY OBJECTIONS TO AND REQUESTS TO STRIKE PORTIONS OF DECLARATION OF DON DICOSTANZO**<br><br>Date:　　　　September 17, 2012<br>Courtroom:　9B<br>Time:　　　　1:30 p.m.<br><br>**Before Hon. Cormac J. Carney**<br><br>Trial Date:　　　　　None Set |

10710.00002/137417.1

Defendant Alliance Wholesalers, Inc. dba Prodeco Technologies hereby objects to and moves to strike portions of the Declaration of Don DiCostanzo dated September 4, 2012.

The following format is used below:

(1) the Declaration is copied verbatim;

(2) where Defendant objects to all or a portion of a paragraph, the objected-to portion is shown as stricken (e.g., ~~The person told me that~~ …) followed by a highlighted "objection number" (e.g., **[Obj. 2]**); and

(3) the paragraph in the Declaration with the stricken language is followed by a table (or box) containing (a) the "objection number" for the objected-to portion, (b) the page and line reference in the Declaration for the objected-to portion, (c) the ground(s) upon which Defendant objects and moves to strike the objected-to portion, and (d) for the Court's convenience, two boxes with headings "Sustained/Stricken" and "Overruled" for marking by the Court.

DATED: September 10, 2012           KINSELLA WEITZMAN ISER
                                    KUMP & ALDISERT LLP


                                    By: *Jennifer J. McGrath* (signature)
                                    Jennifer J. McGrath
                                    Attorneys for Defendant
                                    ALLIANCE WHOLESALERS, INC. DBA
                                    PRODECO TECHNOLOGIES

# DECLARATION OF DON DICOSTANZO DATED SEPTEMBER 4, 2012
# WITH OBJECTIONABLE PORTIONS STRICKEN

## DECLARATION OF DON DICOSTANZO

I, Don DiCostanzo, declare:

1. I am the President of plaintiff PEDEGO, LLC ("Pedego") in the above captioned action. I have personal knowledge of the facts set forth herein except as to matters based on my position and the records of Pedego upon which I state are on information and belief. If called as a witness, I would competently testify to the same.

2. Interbike is an annual tradeshow for bicycles and the biking industry. It is the largest bicycle tradeshow event in North America and has significant public exposure. The next event, Interbike 2012, is set to take place in Las Vegas, Nevada on September 19-21, 2012.

3. Pedego is an annual exhibitor at the Interbike tradeshow. Pedego attended Interbike 2011 in September 2011. Interbike 2011 was the first time I saw Alliance Wholesalers, Inc. DBA PRODECO TECHNOLOGIES ("Prodeco") at the tradeshow.

4. Prior to September 2011, ~~I understood Prodeco to be a new company that had a limited public presence.~~ [Obj. 1]

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 1 | ¶ 4 at 2:7-8 | (a) Lack of Foundation (Fed.R.Evid. 602); (b) Irrelevant (Fed.R.Evid. 401 and 402); (c) Lack of Personal Knowledge (Fed.R.Evid. 602). | ☐ Sustained/Stricken<br>☐ Overruled |

5. In about May 2011 I became aware of Prodeco's trademark application at the U.S. Patent and Trademark Office for PRODECO TECHNOLOGY. In

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  response, I submitted a Letter of Protest to the USPTO, identifying Pedego's U.S.
2  Trademark Registration No. 3,770,790. A true and correct copy of the Letter of
3  Protest and the registration is attached hereto as Exhibit A and Exhibit B,
4  respectively.
5        6. On or about December 12, 2011, Prodeco allowed the PRODECO
6  trademark application to abandon. Attached hereto as Exhibit C is a true and correct
7  copy of the notice of abandonment. At that time I believed that Prodeco
8  Technologies intended to cease its attempt to register Prodeco and move to another
9  trademark. I am now informed that Prodeco in fact filed a Petition to Revive its
10 trademark application.
11       7. Pedego and Prodeco have overlapping dealers in the bicycle wholesale
12 market. For example, New Age Cycles in Hollywood, Florida and Pedal or Not,
13 Inc. in Santa Monica, California have carried both parties' products. ~~Both
14 companies sell their products online and at tradeshows.~~ [Obj. 2]

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 2 | ¶ 7 at 2:23-24 | (a) Lack of Personal Knowledge (Fed.R.Evid. 602); (b) Lack of Foundation (Fed.R.Evid. 602). | ☐ Sustained/Stricken<br>☐ Overruled |

      8. ~~Pedego and Prodeco sell similar electric bike products that are marketed to emphasize identical features such as speed, weight and frame configuration.~~ [Obj. 3]

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 3 | ¶ 8 in its entirety | (a) Lack of Foundation | ☐ Sustained/Stricken<br>☐ Overruled |

| | | (Fed.R.Evid. 602); (b) Speculation (Fed.R.Evid. 602); (c) Lack of Personal Knowledge (Fed.R.Evid. 602). | |

9. As the president of Pedego, I have regular contact with Pedego's customers and its dealers. ~~Since December 2011, I have become aware of increasing consumer confusion between the PEDEGO and PRODECO trademarks.~~ [Obj. 4]

| Objection No. | Reference | Grounds | Court's Ruling |
| --- | --- | --- | --- |
| 4 | ¶ 9 at 3:1-2 | (a) Lack of Foundation (Fed.R.Evid. 602); (b) Speculation (Fed.R.Evid. 602); (c) Lack of Personal Knowledge (Fed.R.Evid. 602). | ☐ Sustained/Stricken<br>☐ Overruled |

10. ~~Attached hereto as Exhibit D are true and correct copies of phone logs evidencing phone calls to Pedego of people seeking information on Prodeco.~~ [Obj. 5]

| Objection No. | Reference | Grounds | Court's Ruling |
| --- | --- | --- | --- |
| 5 | ¶ 10 in its entirety | (a) Exhibit speaks for itself (Fed.R.Evid. 403 and 701); (b) Lack of Foundation (Fed.R.Evid. 602); (c) | ☐ Sustained/Stricken<br>☐ Overruled |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

| | | | |
|---|---|---|---|
| | | Speculation (Fed.R.Evid. 602); (d) Irrelevant (Fed.R.Evid. 401 and 402); (e) Lack of Personal Knowledge (Fed.R.Evid. 602); (f) Hearsay (Fed.R.Evid. 801); (g) Lacks Authentication (Fed.R.Evid. 901). | |

11. ~~Attached hereto as Exhibit E are various emails evidencing confusion between PRODECO and PEDEGO.~~ **[Obj. 6]**

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 6 | ¶ 11 in its entirety | (a) Exhibit speaks for itself (Fed.R.Evid. 403 and 701); (b) Lack of Foundation (Fed.R.Evid. 602); (c) Speculation (Fed.R.Evid. 602); (d) Irrelevant (Fed.R.Evid. 401 and 402); (e) Lack of Personal Knowledge (Fed.R.Evid. 602); (f) Hearsay (Fed.R.Evid. 801); (g) Lacks Authentication (Fed.R.Evid. 901). | ☐ Sustained/Stricken<br>☐ Overruled |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

12. ~~Attached hereto as Exhibit F is a true and correct copy of an online article about electric bikes that confuses PRODECO and PEDEGO.~~ **[Obj. 7]**

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 7 | ¶ 12 in its entirety | (a) Exhibit speaks for itself (Fed.R.Evid. 403 and 701); (b) Lack of Foundation (Fed.R.Evid. 602); (c) Speculation (Fed.R.Evid. 602); (d) Irrelevant (Fed.R.Evid. 401 and 402); (e) Lack of Personal Knowledge (Fed.R.Evid. 602); (f) Hearsay (Fed.R.Evid. 801). | ☐ Sustained/Stricken<br>☐ Overruled |

13. ~~Attached hereto as Exhibit G is a true and correct copy of a classified ad, where the seller has confused PRODECO and PEDEGO.~~ **[Obj. 8]**

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 8 | ¶ 13 in its entirety | (a) Exhibit speaks for itself (Fed.R.Evid. 403 and 701); (b) Lack of Foundation (Fed.R.Evid. 602); (c) Speculation (Fed.R.Evid. 602); (d) Irrelevant (Fed.R.Evid. 401 and 402); (e) Lack of Personal | ☐ Sustained/Stricken<br>☐ Overruled |

| | | | |
|---|---|---|---|
| | | Knowledge (Fed.R.Evid. 602); (f) Hearsay (Fed.R.Evid. 801); (g) Lacks Authentication (Fed.R.Evid. 901). | |

14. In or about July 2012, I first became aware that Prodeco would appear at Interbike 2012 as an exhibitor. I have now learned, in late August, that Prodeco also intends to act as a sponsor of the event as well. ~~I believe Prodeco's attendance and use of the PRODECO mark will cause a significant increase in actual confusion between the PRODECO and PEDEGO marks.~~ **[Obj. 9]**

| Objection No. | Reference | Grounds | Court's Ruling |
|---|---|---|---|
| 9 | ¶ 14 at 3:13-15 | (a) Improper Legal Opinion (Fed.R.Evid. 701, 704, *Nationwide Transport Finance v. Cass Information Systems, Inc.*, 523 F.3d 1051, 1059 (9th Cir. 2008); (b) Lack of Foundation (Fed.R.Evid. 602); (c) Speculation (Fed.R.Evid. 602); (d) Irrelevant (Fed.R.Evid. 401 and 402); (e) Lack of Personal Knowledge (Fed.R.Evid. 602). | ☐ Sustained/Stricken<br>☐ Overruled |

9
DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF DON DICOSTANZO

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 4, 2012       /S/
Don DiCostanzo